IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
Fort Worth Division

| | |
|---|---|
| OUTSOURCING FACILITIES ASSOCIATION, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES FOOD AND DRUG ADMINISTRATION, et al.,<br><br>Defendants. | Civil Action No. 4:25-cv-00174-P |

## Notice of Appeal

Notice is hereby given that Outsourcing Facilities Association and North American Custom Laboratories LLC Partners d/b/a Farmakeio Custom Compounding, Plaintiffs in the above-captioned case, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment on Plaintiffs', Defendants', and Defendant-Intervenor's Motions for Summary Judgment (ECF No. 90), which was entered on June 17, 2025.

| | |
|---|---|
| Dated: June 18, 2025 | */s/ Ty Doyle* |
| | TY DOYLE (Texas Bar No. 24072075) |
| | BAKER & HOSTETLER LLP |
| | 811 Main Street, Suite 1100 |
| | Houston, TX 77002 |
| | (713) 646-1374 |
| | tgdoyle@bakerlaw.com |
| | |
| | ANDREW M. GROSSMAN |
| | RICHARD B. RAILE |
| | KRISTIN A. SHAPIRO* |
| | MARC N. WAGNER |
| | BAKER & HOSTETLER LLP |
| | 1050 Connecticut Ave., N.W., Suite 1100 |
| | Washington, D.C. 20036 |
| | (202) 861-1697 |
| | agrossman@bakerlaw.com |
| | |
| | * admitted pro hac vice |
| | |
| | *Attorneys for Plaintiffs* |

**Certificate of Service**

      I hereby certify that this document, filed through the CM/ECF system on this day, will be sent via electronic mail to the registered participants as identified on the Notice of Electronic Filing.

Dated: June 18, 2025

/s/ *Ty Doyle*
TY DOYLE (Texas Bar No. 24072075)
BAKER & HOSTETLER LLP
811 Main Street, Suite 1100
Houston, TX 77002
(713) 646-1374
tgdoyle@bakerlaw.com

*Attorney for Plaintiffs*